UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS CRAIG BRUNSVIK,<br><br>    Plaintiff,<br><br>    v.<br><br>ERIC MAGRINI, *et al.*,<br><br>    Defendants. | Case No. 2:21-cv-00973-WBS-JDP (PC)<br><br>ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND FAILURE COMPLY WITH COURT ORDERS |

On October 6, 2021, I screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A. ECF No. 6. I notified plaintiff that he could proceed with his viable due process claim against defendants Johnson, Marlar, and South, but that his remaining claims were not cognizable. *Id*. at 3-4. I therefore ordered plaintiff, within sixty days, either to file an amended complaint or to notify the court that he wishes to proceed only with his due process claim. To date, plaintiff has not complied with that order.

To manage its docket effectively, the court imposes deadlines on litigants and requires litigants to meet those deadlines. The court may dismiss a case for plaintiff's failure to prosecute or failure to comply with its orders or local rules. *See* Fed. R. Civ. P. 41(b); *Hells Canyon Pres. Council v. U.S. Forest Serv*., 403 F.3d 683, 689 (9th Cir. 2005); *Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988). Involuntary dismissal is a harsh penalty, but a district court has a duty to administer justice expeditiously and avoid needless burden for the parties. *See Pagtalunan v.*

*Galaza*, 291 F.3d 639, 642 (9th Cir. 2002); Fed. R. Civ. P. 1.

    Plaintiff will be given an opportunity to explain why the court should not dismiss his case for failure prosecute and failure to comply with the court's October 6, 2021 order. Plaintiff's failure to respond to this order will constitute another failure to comply with a court order and will result in dismissal of this case. Accordingly, plaintiff must show cause within twenty-one days why the court should not dismiss his case for failure to prosecute and failure comply with court orders. Should plaintiff wish to continue with this lawsuit, he shall also, within twenty-one days, either file an amended complaint or notify the court he wishes to proceed only with his due process claims against defendants Marlar, Johnson, and South.

IT IS SO ORDERED.

Dated:    December 28, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2